NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**GUILLERMO MOJARRO,**
*Petitioner,*

v.

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent,*

AND

**UNITED STATES POSTAL SERVICE,**
*Intervenor.*

---

2011-3079

---

Petition for review of the Merit Systems Protection Board in case no. SF0752090694-I-1.

---

**ON MOTION**

---

Before BRYSON, SCHALL, and PROST, *Circuit Judges.*

PER CURIAM.

**ORDER**

The court treats Guillermo Mojarro's motion "for Enforcement of the Courts Remand Orders dated, November 4, 2011" as a motion to reopen his petition. A November 4, 2011 order remanded his petition to the Merit Systems Protection Board (Board). The mandate in the case issued long ago.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion to reopen the petition is denied.

FOR THE COURT

DEC 2 7 2012
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Guillermo Mojarro
    Michael Carney, Esq.
    Christopher L. Krafchek, Esq.

s26

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 2 7 2012

JAN HORBALY
CLERK